IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson Jr, James W | Case Number: 08 B 00078 |
|---|---|---|
| | Johnson, Eva L | Judge: Squires, John H |
| | Printed: 02/17/09 | Filed: 1/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 7, 2009
Confirmed: March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,240.00 | |
| Secured: | | 1,790.88 |
| Unsecured: | | 99.60 |
| Priority: | | 0.00 |
| Administrative: | | 2,079.51 |
| Trustee Fee: | | 270.01 |
| Other Funds: | | 0.00 |
| Totals: | 4,240.00 | 4,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 3,399.00 | 2,079.51 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 5,199.65 | 1,790.88 |
| 4. | American Home Mortgage Servicing | Secured | 35,649.75 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 198.94 | 0.00 |
| 6. | Village of LaGrange | Unsecured | 54.82 | 99.60 |
| 7. | Commonwealth Edison | Unsecured | 79.04 | 0.00 |
| 8. | JC Licht Company | Unsecured | 137.56 | 0.00 |
| 9. | Nicor Gas | Unsecured | 231.81 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 72.76 | 0.00 |
| 11. | Tri Cap Investment Partners | Unsecured | 81.89 | 0.00 |
| 12. | Tri Cap Investment Partners | Unsecured | 56.78 | 0.00 |
| 13. | Cook County Treasurer | Unsecured | 9.34 | 0.00 |
| 14. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Household Credit Services | Unsecured | | No Claim Filed |
| 19. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| | | | $ 45,171.34 | $ 3,969.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson Jr, James W<br>Johnson, Eva L<br>Printed: 02/17/09 | Case Number: 08 B 00078<br>Judge: Squires, John H<br>Filed: 1/3/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.36 |
| 6.5% | 240.65 |
| | $ 270.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: